# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PATTERSON, | ) |
| Plaintiff, | ) Case No. 2:14-cv-01249-LDG-CWH |
| vs. | ) **ORDER** |
| BILL A. BERRETT, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the Clark County Detention Center's ("CCDC") Sealed Notice of Compliance with Court Order # 10, filed February 14, 2015. See Doc. # 14. In its notice, the CCDC submits it has no undersheriff but identifies its highest ranking officer, Deputy Chief Todd Fasulo ("Fasulo"), whom it believes Plaintiff is referring to in his complaint. The CCDC provides an address for Fasulo in its notice, which complies with this Court's January 14, 2015 order. See Doc. # 10. In light of the information provided, the Court will direct the Clerk of Court to issue summons for Fasulo.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall issue Summons to Deputy Chief Todd Fasulo, and shall deliver the Summons, Sealed Notice of Compliance with Court Order # 10 (doc. # 14), a copy of the Complaint (doc. # 3), and a copy of this Order to the U.S. Marshal Service.

**IT IS FURTHER ORDERED** that the Clerk of Court shall deliver a USM-285 form to Plaintiff. Plaintiff shall have twenty-one days in which to furnish the U.S. Marshal with the required Form USM-285. Within twenty-one days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the court

identifying whether Defendant was served.  If Plaintiff wishes to have service again attempted on the unserved Defendant, a motion must be filed with the court identifying the unserved Defendant and specifying a more detailed name and/or address for said Defendant, or whether some other manner of service should be attempted.

DATED: February 5, 2015

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**